1 | MELINDA HAAG (CABN 132612)
  | United States Attorney
2 |
  | J. DOUGLAS WILSON (DCBN 812411)
3 | Chief, Criminal Division
4 | BENJAMIN KINGSLEY (NYBN 4758389)
  | Assistant United States Attorney
5 |     450 Golden Gate Avenue, Box 36055
  |     San Francisco, California 94102-3495
6 |     Telephone: (415) 436-6937
  |     FAX: (415) 436-7234
7 |     Benjamin.Kingsley@usdoj.gov
8 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 13-483 SI |
|---|---|
| Plaintiff, | ) UNITED STATES'S MOTION TO UNSEAL |
| | ) INDICTMENT AND ARREST WARRANT AND |
| v. | ) [~~PROPOSED~~] ORDER |
| BYRON DAVIS, | ) |
| Defendant. | ) |

Upon defendant's indictment, this Court granted the United States's motion to seal the Indictment and arrest warrant. Since then, the government has learned that defendant is in the custody of San Francisco County on unrelated charges and thus cannot flee at this time. The government wishes to provide the Indictment and arrest warrant to San Francisco officials to facilitate proceedings in this case. The government therefore moves to unseal the Indictment and arrest warrant.

DATED: July 29, 2013

Respectfully Submitted,

MELINDA HAAG
United States Attorney

BENJAMIN KINGSLEY
Assistant United States Attorney

MOTION TO UNSEAL

## [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that the Indictment and the warrant for the defendant's arrest shall be unsealed.

DATED: July 29, 2013

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL