# UNITED STATES DISTRICT COURT
## Northern District Of California

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>Byron Davis<br>Defendant. | Case No.: CR- 13-0483 SI<br><br>**ORDER FOR RELEASE FROM CUSTODY** |

IT IS ORDERED that the United States Marshal release from his custody Byron Davis, the Defendant in the above-cited action.

DATED: 10/30/13

_Susan Illston_
Susan Illston
**UNITED STATES DISTRICT JUDGE**

---

## UNITED STATES MARSHAL RETURN

I hereby certify and return that in response to the within Order for Release from Custody, received at San Francisco, California, this _____ day of _____, 20____, I released the within named Defendant, _____ from my custody, on _____, 20_____.

United States Marshal

By:_____
(Deputy)

**Submit to USMS**