AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

BYRON DAVIS, a/k/a DUVAL GIBSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR-13-0483 SI

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Susan Illston, U.S. District Judge
Name and Title of Judicial Officer

10/30/13
Date